Helen M. ANDERSON and William M.
Anderson

v.

HUDSPETH PINE, INC.

No. 6373.

United States Court of Appeals
Tenth Circuit.

June 4, 1960.

Martin P. Miller, Robert E. McLean, Marjorie W. McLean and Patricia W. Wotkyns, Denver, Colo., for appellants.

Wormwood, O'Dell & Wolvington, Denver, Colo., for appellee.

Before BRATTON, PICKETT and LEWIS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee.

UNITED STATES FIRE INSURANCE
COMPANY, a corporation, et al.

v.

ALBANY HOTEL, INC.

No. 6441.

United States Court of Appeals
Tenth Circuit.

July 14, 1960.

W. Robert Ward, Denver, Colo., for appellants.

Charles J. Beise, and George C. Keely, Denver, Colo., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed on motion of appellants.